UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| JSC Alliance Bank, | ) | Case No. 14-13194 (SHL) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE
2002 (m) AND (q) AND 9007 SCHEDULING HEARING AND SPECIFYING
FORM AND MANNER OF SERVICE OF NOTICE**

Upon the application [ECF No. 5] (the "Application")[1] of Timur Rizabekovich Issatayev (the "Petitioner"), filed on November 20, 2014, in his capacity as Foreign Representative in respect of the Kazakhstan Proceeding for entry of an order (i) scheduling a hearing on the relief sought in the Verified Petition for Recognition of Foreign Main Proceeding and Motion for Related Relief [ECF No. 2] (together with the Form of Voluntary Petition [ECF No. 1], the "Petition"), which was filed on November 20, 2014, and (ii) specifying the form and manner of service of notice thereof; it is hereby

ORDERED, that the Recognition Hearing shall be held before this Court in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on December 22, 2014 at 2 p.m. (New York time); and it is further

ORDERED, that the form of notice of the Recognition Hearing annexed hereto as Exhibit "A" (the "Notice") is hereby approved; and it is further

ORDERED, that the notice requirements set forth in Section 1514(c) of the Bankruptcy Code are inapplicable in the context of this chapter 15 case or are hereby waived; and it is further

ORDERED, that copies of (i) the Notice and (ii) the Petition shall be served by United

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Application.

States mail, first-class postage prepaid, upon the Debtor, the Office of the United States Trustee for the Southern District of New York, the Trustee, the Steering Committee and the Correspondent Banks on or before November 21, 2014; and it is further

ORDERED, that responses or objections, if any, to the Petition shall be made in writing and shall set forth the basis therefor, and such responses or objections must be (i) filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408), and a hard copy of such response or objection to be sent to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, and (ii) served upon WHITE & CASE LLP, 1155 Avenue of the Americas, New York, New York 10036-2787 (Attn: Richard A. Graham, Esq.), U.S. counsel to the Petitioner; and the Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, so as to be received on or before December 15, 2014 at 4:00 p.m., New York time; and it is further

ORDERED, that service pursuant to this Order shall be good and sufficient service and adequate notice of the Recognition Hearing.

Dated: November 21, 2014
New York, New York

                                        */s/ Sean H. Lane*
                                        UNITED STATES BANKRUPTCY JUDGE

NEWYORK 9387787

# EXHIBIT A

NEWYORK 9387787

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 15 |
| JSC Alliance Bank, | ) Case No. 14-13194 (SHL) |
| Debtor in a Foreign Proceeding. | ) |

**NOTICE OF FILING AND HEARING ON PETITION UNDER
CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

   **PLEASE TAKE NOTICE** that on November 20, 2014, Timur Rizabekovich Issatayev (the "Petitioner"), in his capacity as the foreign representative in respect of a voluntary restructuring proceeding (the "Kazakhstan Proceeding") concerning the Debtor currently pending before the Specialized Inter-district Economic Court of Almaty (the "Kazakhstan Court"), filed a Verified Petition for Recognition of Foreign Main Proceeding and Motion for Related Relief Giving Full Force and Effect to Restructuring Plan (together with the Form of Voluntary Petition, the "Petition") pursuant to chapter 15 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

   **PLEASE TAKE FURTHER NOTICE** that, among other things, the Petition seeks the entry of an order (i) recognizing the Kazakhstan Proceeding as a foreign main proceeding pursuant to sections 1515 and 1517 of the Bankruptcy Code, (ii) granting related relief pursuant to section 1520 of the Bankruptcy Code and (iii) granting further permanent relief pursuant to sections 105(a), 1507(a), 1509(b)(2)-(3), 1521 and 1525(a) of the Bankruptcy Code in support of the financial restructuring of the Debtor through a plan of reorganization in the Kazakhstan Proceeding, if such plan is sanctioned by the Kazakhstan Court in accordance with applicable Kazakhstan law.

   **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested in the Petition for **2 p.m. (New York time) on December 22, 2014** (the "Recognition and Plan Enforcement Hearing").

   Copies of the Petition and all accompanying documentation are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document) or upon written request to the Petitioner's counsel (including by facsimile or e-mail) addressed to:

   WHITE & CASE LLP    or  rgraham@whitecase.com
   1155 Avenue of the Americas
   New York, New York 10036-2787

      Telephone: (212) 819-8200
      Facsimile: (212) 354-8113
      Attn: Richard A. Graham

      **PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Petition or the relief requested therein must do so in writing and in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, setting forth the basis therefor, which response or objection must be filed electronically with the Court on the Court's electronic case filing system in accordance with and except as provided in General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) (and otherwise, on a compact disc (CD), preferably in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format, which CD shall be sent to the Office of the Clerk of the Court, One Bowling Green, New York, New York 10004-1408). A hard copy of any response or objection shall be sent to the Chambers of the Honorable Sean H. Lane, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408 and served upon White & Case LLP (Attn: Richard A. Graham, Esq.), U.S. counsel to the Petitioner; the Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, so as to be **received by no later than 4:00 p.m. (New York time), December 15, 2014**.

      **PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Petition or the request for relief contained therein must appear at the Recognition and Plan Enforcement Hearing at the time and place set forth above.

      **PLEASE TAKE FURTHER NOTICE** that, at the Recognition and Plan Enforcement Hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

      **PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Court may grant the relief requested in the Petition without further notice or holding the Recognition and Plan Enforcement Hearing.

      **PLEASE TAKE FURTHER NOTICE** the Recognition and Plan Enforcement Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

**PLEASE TAKE FURTHER NOTICE** that additional information and updates in respect of the Kazakhstan Proceeding are available to parties in interest at http://www.alb.kz/en/investor_relations, which such parties should regularly monitor for such information, updates and notices of important events.

Dated:   New York, New York
             November 21, 2014

                                                                                WHITE & CASE LLP

                                                                    By: */s/ Richard A. Graham*

                                                                         1155 Avenue of the Americas
                                                                         New York, New York 10036-2787
                                                                         Telephone: (212) 819-8200
                                                                         Facsimile:  (212) 354-8113
                                                                         Scott Greissman
                                                                         Richard A. Graham
                                                                         Thomas E. MacWright

                                                                         Attorneys for Timur Rizabekovich Issatayev
                                                                         as Foreign Representative